UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LUIS ANDINO,

                Plaintiff,

                                                                                      No.9:06-CV-509
      v.                                                                              (FJS/DEP)

ELLIOT SPITZER, et al.,

                Defendants.
_____

APPEARANCES:                              OF COUNSEL:

[last known address]
LUIS ANDINO
Plaintiff, pro se
60944
Erie County Correctional Facility
11581 Walden Avenue
Alden, New York   14004

**FREDERICK J. SCULLIN, JR., Sr. D. J.:**

### DECISION AND ORDER

      After carefully considering the entire file in this matter, including Magistrate Judge

Peebles' May 5, 2009 Report- Recommendation to which the parties have not filed any

objections and said Report-Recommendation having been mailed to plaintiff's last known

address, but was returned to the Clerk's office marked "RTS (Return to Sender - unable to forward). Under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action. Therefore, in light of Plaintiff's failure to notify the Court of his change of address, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge David E. Peebles filed on May 5, 2009 is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS** that this action is **DISMISSED** in its entirety, and the Court further

**ORDERS**, that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

DATED:  July 29, 2009
           Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge